# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Maurice Byrd,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                    3:06-cv-54-1-MU

State of North Carolina, et al.,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 13, 2006 Order.

**Signed: February 15, 2006**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Dockets.Justia.com